**20-504 T**

**2. PARTIES**

Plaintiff, Erica Weston, resides at 2964 Dunlin Meadows Drive
(Street Address)

Lawrenceville, GA 30044 , 770-899-6609
(City, State, ZIP Code)            (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?  ◯ Yes  ☒ No

If yes, please list the case(s) below, including case number(s):

**3. STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

I E-filed my 1040 tax return in 2012. This was the year my husband Farris A. Weston passed on February 29, 2012. My return was rejected by the Internal Revenue Service. It was rejected on the grounds that the Social Security number of the Primary Taxpayer was deceased. I, Erica Weston was the Primary Taxpayer and I was not deceased. After numerous calls to the I.R.S and Social Security offices the matter was not resolved. The matter had not been allegedly resolved until 2017. The blockage of my Social Security number prevented me from successfully filing a return from 2012 through 2017. I had to manually take my 2012, 2013, 2014, 2015, and 2016 returns to the Internal Revenue Service in Atlanta, GA where they were physically accepted and sent to be processed.

(1)

**2. PARTIES**

Plaintiff, _Erica Weston_, resides at _2964 Dunlin Meadows Drive_
(Street Address)
_Lawrenceville, GA 30044_, _770-899-6609_
(City, State, ZIP Code)    (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____
_____
_____

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?   ◯ Yes  ☒ No

If yes, please list the case(s) below, including case number(s):

_____

**3. STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The returns were held up in processing for several months because my Social Security number was blocked. I had to obtain a Tax Advocate to get the I.R.S. to look into the case and have the returns released; once the Internal Revenue Service found the error. This occurred in 2017. At that time I received a letter stating that 2012 & 2013 was going to be disallowed because the returns were filed late. I appealed this decision on the grounds that the return were filled in the allotted time frame, but due to the error of the I.R.S. of blocking my Social Security number, I could not successfully file the claims. The decision of the appeal was not in my favor which brings me here. It was not my error in the filing process. I did

(2)

## 2. PARTIES

Plaintiff, **Erica Weston**, resides at **2964 Dunlin Meadows Drive**
(Street Address)

**Lawrenceville, Georgia 30044**     **770-899-6609**
(City, State, ZIP Code)                         (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

---

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?   ◯ Yes ◯ No

If yes, please list the case(s) below, including case number(s):

---

## 3. STATEMENT OF THE CLAIM.
State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

What I was physically and mentally able to due under the stressful and emotional circumstances that I was under during those difficult years and the process. What I believe the United States Internal Revenue Service failed to do was catch their error in a timely fashion and permenantly correct the error. I believe this is the case because after the gruesome ordeal of fighting to receive the 2014, 2015, and 2016 returns, 2012 & 2013 were disallowed. 2017 was eventually released on the grounds that the error was corrected. However, when I filed 2018 the same thing occurred and I had to repeat the same steps again. A tax advocate had to be involved only to find that my Social Security number is blocked.

(3)

**2. PARTIES**

Plaintiff, Erica Weston, resides at 2964 Dunlin Meadows Drive
(Street Address)

Lawrenceville, GA 30044,   770-899-6609
(City, State, ZIP Code)     (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?   ◯ Yes  ☒ No

If yes, please list the case(s) below, including case number(s):

**3. STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

Currently my 2019 return was electronically filed on the 6th of February 2020. And it's currently still in processing as of this day April 11th 2020. I want to believe that the Coronavirus Covid-19 epedimic may have something to do with the delay. I am fearful that the blockage of my number is still active. I just want this situation to end. I would like my case to be looked at and 2012 & 2013 tax return refunds be released. I cannot and could not get a hold of a human to take the call to find whether the Social Security number is still in an active block.

**4. RELIEF.** Briefly state exactly what you want the court to do for you.

I want the court to carefully review my case and find how the error occurred in the first place. I want the court to decide that if the error was indeed made with the I.R.S. or Social Security offices that my 2012 & 2013 refunds be released to me.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  11  day of  April , 2020.
       (day)         (month)     (year)

                                          *Erica Weston*
                                          Signature of Plaintiff(s)